1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BETSY AMY BLANCO,

           Plaintiff,

    v.

ANDREW SAUL, Commissioner of Social Security,

           Defendant.

CASE NUMBER: 1:21-cv-00028-GSA

**ORDER DIRECTING SUPPLEMENTAL AFFIDVIT IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

On January 7, 2021 Plaintiff filed a complaint in this Court and applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915. Additional information is needed to evaluate the application.

Plaintiff is **DIRECTED** to file a supplemental affidavit in support of the application by January 21, 2021, containing a brief description of her debts and expenses, as well as any assets not reflected on the initial application. If the response is not received by January 23, 2021, the Court will submit findings and recommendations to a district judge recommending denial of the application.

IT IS SO ORDERED.

Dated:   **January 11, 2021**             **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1