UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY AMY BLANCO,<br><br>              Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>              Defendant. | CASE NUMBER: 1:21-cv-00028-GSA<br><br>**ORDER DIRECTING FILING OF CONSENT/DECLINE FORM** |

Pursuant to docket entry 9-1, the consent/decline form was due May 3, 2021. Accordingly, Plaintiff is directed to complete and file the consent/decline form (Doc. 9-2) within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated:   **May 10, 2021**                         **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE