UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY AMY BLANCO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:21-cv-00028-GSA<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

    Plaintiff moves for an unopposed 60-day extension of time from December 22, 2021 to February 22, 2021 to file an opening brief due to counsel's workload and the holiday season. This is the first extension sought by either party in this case.

    The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. Doc. 9 at 3. Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." *Id*.

    When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

    Counsel identified good cause for the extension and sought it sufficiently in advance of the December 22 deadline.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file an opening brief is extended to and including February 22, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: __December 15, 2021__          _____/s/ Gary S. Austin_____
                                                      UNITED STATES MAGISTRATE JUDGE

2