1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY AMY BLANCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0028 JLT GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, AND REMANDING THE ACTION FOR FURTHER PROCEEDINGS<br>(Docs. 24, 26)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF BETSY AMY BLANCO AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Betsy Amy Blanco requested judicial review of the administrative decision denying her application for supplemental security income under Title XVI of the Social Security Act. (*See* Doc. 24.) The magistrate judge found the decision of the administrative law judge erred in addressing the medical record, and the decision was not supported by substantial evidence. (Doc. 26.) The magistrate judge determined that "[r]emand is appropriate for the ALJ to accurately discuss the developments beginning with the March 5, 2020 cervical MRI through the date of the ALJ's decision and reach a well-reasoned conclusion about the impact on Plaintiff's functional status in the months leading up to [her] surgery and thereafter." (*Id.* at 17.) Therefore, the magistrate judge recommended the Court decline to uphold the decision of the ALJ and enter judgment in favor of Plaintiff. (*Id.*)

　　　　The Court served the Findings and Recommendations on all parties, and it notified them that any objections were due within 14 days of the date of service. (Doc. 26 at 17.) The Court also advised

them that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 18, citing *Wilkerson v. Wheeler*, 772 F.3d 834,838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  To date, no objections have been filed and the time do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated June 2, 2023 (Doc. 26) are **ADOPTED**.
2. Plaintiff's appeal of the administrative decision (Doc. 24) is **GRANTED**.
3. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Betsy Amy Blanco and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **July 17, 2023**

UNITED STATES DISTRICT JUDGE

2