# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY AMY BLANCO, | Case No.: 1:21-cv-0028 JLT GSA |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 29) |
| Defendant. | |

Betsy Amy Blanco and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $3,289.98 pursuant to the Equal Access to Justice Act and costs in the amount of $400.00 under 28 U.S.C. §1920. (Doc. 29.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation:

1. Plaintiff is **AWARDED** fees and expenses in the amount of $3,289.98 under 28 U.S.C. § 2412(d).

2. Plaintiff is **AWARDED** costs in the amount of $400.00 under 28 U.S.C. §1920.

IT IS SO ORDERED.

Dated: **October 16, 2023**

UNITED STATES DISTRICT JUDGE